**2009–1394. State v. Helser.**
Allen App. No. 1–09–04, 2009-Ohio-3155.

**2009–1395. Grimm v. Grimm.**
Cuyahoga App. No. 91437, 2009-Ohio-2714.

**2009–1406. State v. Paythress.**
Cuyahoga App. No. 91554, 2009-Ohio-2717.

**2009–1412. Ferron v. Video Professor, Inc.**
Delaware App. No. 08–CAE–09–0055, 2009-Ohio-3133.
    O'DONNELL, J., dissents.

**2009–1415. First Fed. Bank of Ohio v. Angelini.**
Crawford App. No. 3–09–03.

**2009–1416. Hanes v. Jones.**
Lorain App. No. 08CA009469, 2009-Ohio-2944.

**2009–1420. ComDoc v. Advance Print Copy Ship Ctr.**
Summit App. No. 24212, 2009-Ohio-2998.

**2009–1425. State v. Knapke.**
Franklin App. No. 08AP–933, 2009-Ohio-2989.
    PFEIFER, J., dissents.

**2009–1427. State v. Smith.**
Hamilton App. No. C–080770.

**2009–1428. State v. McLaurin.**
Muskingum App. No. CT2008–0052, 2009-Ohio-2979.

**2009–1434. Pataskala Banking Co. v. Etna Twp. Bd. of Zoning Appeals.**
Licking App. Nos. 08 CA 128, 08 CA 129, and 08 CA 130, 2009-Ohio-3108.

**2009–1440. State v. Howell.**
Cuyahoga App. No. 91569, 2009-Ohio-3092

**2009–1441. State v. Smith.**
Lucas App. Nos. L–08–1311, L–08–1312, and L–08–1313, 2009-Ohio-3192.

**2009–1443. State v. Dillon.**
Muskingum App. No. 2008–CA–37, 2009-Ohio-3134.

**2009–1445. State v. Nichols.**
Richland App. No. 2009–CA–0032, 2009-Ohio-3160.

**2009–1449. Rucker v. Gerald D. Piszczek Co., L.P.A.**
Hamilton App. No. C–081058. Discretionary appeal not accepted. Motion for leave to file supplemental joint appendix denied as moot.

**2009–1454. State v. Gonzalez.**
Franklin App. No. 08AP–716, 2009-Ohio-3236.
    CUPP, J., dissents.

**2009–1461. In re S.R.**
Warren App. No. CA2009–01–005, 2009-Ohio-3156.
    MOYER, C.J., and LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2009–1464. Cwik v. Corry.**
Hamilton App. No. C–081052.

**2009–1468. Rardin v. Estate of Bain.**
Carroll App. No. 08 CA 853, 2009-Ohio-3332.
    O'CONNOR, J., not participating.